# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Midwest Veterinary Supply, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Abaxis, Inc., and Forward Air, Inc., <br><br> Defendants. | Civil No. 20-cv-00289 (JRT/KMM) <br><br> **ORDER GRANTING DEFENDANT ABAXIS, INC.'S MOTION TO DISMISS** |

The above-captioned matter came before the Honorable John R. Tunheim on March 16, 2020, on Defendant Abaxis, Inc.'s motion for an order dismissing Plaintiff Midwest Veterinary Supply, Inc.'s Complaint (Dkt. # 1) in its entirety, with prejudice. Appearances were noted on the Court's record.

Based upon all of the files, records and proceedings herein, and the arguments of counsel, the Court, being duly advised in the premises, Defendant Abaxis, Inc.'s motion is hereby GRANTED.

BY THE COURT:

*John R. Tunheim*

Dated: 03/16/2020

John R. Tunheim
U.S. District Court Judge